November 16, 2016
OFFICE OF
APPELLATE COURTS


STATE OF MINNESOTA

IN SUPREME COURT

A16-1685

In re Petition for Disciplinary Action against
Kevin O'Connor Green, a Minnesota Attorney,
Registration No. 0037321.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action alleging that respondent Kevin O'Connor Green committed professional misconduct warranting public discipline—namely, failing to timely file his individual income-tax returns for 10 years. *See* Minn. R. Prof. Conduct 8.4(d). As mitigation of his misconduct, respondent produced evidence that he is remorseful for his misconduct.

Respondent waives his rights under Rule 14, Rules on Lawyers Professional Responsibility (RLPR), and unconditionally admits the allegations in the petition. The parties jointly recommend that the appropriate discipline is a 30-day suspension and 2 years of probation.

The court has independently reviewed the file and approves the recommended disposition.

Based upon all the files, records, and proceedings herein,

1

IT IS HEREBY ORDERED THAT:

1. Respondent Kevin O'Connor Green is suspended from the practice of law for a minimum of 30 days, effective 14 days from the date of this order.

2. Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals), and shall pay $900 in costs pursuant to Rule 24, RLPR.

3. Respondent shall be eligible for reinstatement to the practice of law following the expiration of the suspension period provided that, not less than 15 days before the end of the suspension period, respondent files with the Clerk of the Appellate Courts and serves upon the Director an affidavit establishing that he is current in continuing legal education requirements, has complied with Rules 24 and 26, RLPR, and has complied with any other conditions for reinstatement imposed by the court.

4. Within 1 year of the date of this order, respondent shall file with the Clerk of the Appellate Courts and serve upon the Director proof of successful completion of the written examination required for admission to the practice of law by the State Board of Law Examiners on the subject of professional responsibility. Failure to timely file the required documentation shall result in automatic re-suspension, as provided in Rule 18(e)(3), RLPR.

5. Upon reinstatement to the practice of law, respondent shall be placed on probation for a period of 2 years, subject to the following conditions:

> (a) Respondent shall cooperate fully with the Director's Office in its efforts to monitor compliance with this probation. Respondent shall promptly respond to the Director's correspondence by its due date.

2

Respondent shall provide the Director with a current mailing address and shall immediately notify the Director of any change of address. Respondent shall cooperate with the Director's investigation of any allegations of unprofessional conduct that may come to the Director's attention. Upon the Director's request, respondent shall provide authorization for release of information and documentation to verify respondent's compliance with the terms of this probation.

(b)     Respondent shall abide by the Minnesota Rules of Professional Conduct.

(c)     Respondent shall timely file all required state and federal tax returns, including individual and employer withholding returns, and timely pay the taxes due thereon. Respondent shall affirmatively report to the Director, on or before the due date of the required returns, his compliance with filing and payment requirements. Such reports shall include copies of the required returns. On or before the filing deadline, respondent shall provide the Director with copies of all applications for filing extension and proof of approval of such applications. Respondent shall provide all the documents and information required herein without specific reminder or request.

(d)     Respondent and the Minnesota Department of Revenue have entered into an agreement for the payment of all unpaid taxes, penalties, and interest, if any. Respondent has provided the Director with copies of the payment agreement. Respondent shall provide proof of currency on payments required by the agreement and shall remain current on all payment obligations.

(e)     Respondent shall initiate and maintain office procedures that ensure that there are prompt responses to correspondence, telephone calls, and other important communications from clients, courts, and other persons interested in matters that respondent is handling, and that will ensure that respondent regularly reviews each and every file and completes legal matters on a timely basis.

Dated: November 16, 2016          BY THE COURT:

David R. Stras
Associate Justice

3